UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | CAUSE NO. 3:13-CR-6-RLM |
| | ) | |
| GIGI MONIQUE RILEY | ) | |

O R D E R

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on February 14, 2013. Accordingly, the court ADOPTS those findings and recommendations (Doc. No. 9), ACCEPTS defendant Gigi Monique Riley's plea of guilty, and FINDS the defendant guilty of Counts 1 through 4 of the Information, in violation of 18 U.S.C. § 286 and 18 U.S.C. § 287.

SO ORDERED.

ENTERED: March 7, 2013

/s/ Robert L. Miller, Jr.
Judge
United States District Court